Hand-Delivered

FILED
CHARLOTTE, NC

MAR 04 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVIVSION

| | |
|---|---|
| Dacori Tillman<br>    Plaintiff,<br><br>v.<br><br>Aldous & Associates PLLC, Diversified<br>Adjustment Service, Inc., Jefferson<br>Capital Systems, LLC<br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. 3:24-cv-255-FDW<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Dacori Tillman, an individual consumer, against Defendant, Aldous & Associates PLLC, Diversified Adjustment Service, Inc., Jefferson Capital Systems, LLC (hereinafter "Defendants") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

1

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Charlotte Mecklenburg County, North Carolina, and the conduct complained of occurred in Charlotte Mecklenburg County, North Carolina,

## III. PARTIES

3. Plaintiff Dacori Tillman (hereinafter "Mr. Tillman") is a natural person and a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Aldous & Associates PLLC is a Utah corporation with its principal place of business located PO Box 171374 Holladay, UT 84117

5. Jefferson Capital Systems, LLC is a Colorado corporation with its principal place of business located 1355 S Colorado Blvd, STE 400, Denver CO 80222

6. Upon information and belief, Diversified Adjustment Service, Inc. is a Minnesota corporation with its principal place of business located PO Box 32145 Minneapolis, MN 55432

2

7. Defendants are engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another's.

## IV. FACTS OF THE COMPLAINT

8. Defendants are each a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

### Aldous & Associates PLLC

9. Mr. Tillman reviewed his credit report on "credit karma." Around December of 2023

10. On the report, the Mr. Tillman observed a trade line that was furnished from the Aldous & Associates PLLC

11. Defendant furnished a tradelines of $1,911, allegedly owed to BOULEVARD 98.

12. On December 27th, 2023 Plaintiff made a dispute via telephone, stating how he disputes the validity and accuracy of the balance reported.

13. On February 2nd, 2024 Plaintiff re-checked his credit reports.

14. The Defendant had recently communicated with the consumer reporting agencies.

3

15. Aldous & Associates PLLC newly furnished/updated their account information on January 31st, 2024. Diversified Adjustment Service, Inc., failed to communicate that the debt was disputed by the Plaintiff.

16. Aldous & Associates PLLC furnishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Mr. Tillman and caused severe humiliation, and emotional distress and mental anguish.

### Jefferson Capital Systems, LLC

17. Mr. Tillman reviewed his credit report on "credit karma." Around December of 2023

18. On the report, the Mr. Tillman observed a trade line that was furnished from the Jefferson Capital Systems, LLC

19. Defendant furnished a tradelines of $589, allegedly owed to NAVY FEDERAL CREDIT UNION.

20. On December 27th, 2023 Plaintiff made a dispute via telephone, stating how he disputes the validity and accuracy of the balance reported.

21. On February 2nd, 2024 Plaintiff re-checked his credit reports.

22. The Defendant had recently communicated with the consumer reporting agencies.

4

23. Jefferson Capital Systems, LLC newly furnished/updated their account information on January 27th, 2024. Jefferson Capital Systems, LLC failed to communicate that the debt was disputed by the Plaintiff.

24. Jefferson Capital Systems, LLC furnishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Mr. Tillman and caused severe humiliation, and emotional distress and mental anguish.

### Diversified Adjustment Service, Inc.

25. Mr. Tillman reviewed his credit report on "credit karma." Around December of 2023

26. On the report, the Mr. Tillman observed a trade line that was furnished from the Diversified Adjustment Service, Inc.

27. Defendant furnished a tradelines of $703, allegedly owed to T MOBILE.

28. On December 27th, 2023 Plaintiff made a dispute via telephone, stating how he disputes the validity and accuracy of the balance reported.

29. On February 2nd, 2024 Plaintiff re-checked his credit reports.

30. The Defendant had recently communicated with the consumer reporting agencies.

5

31. Diversified Adjustment Service, Inc. newly furnished/updated their account information on January 24th, 2024. Diversified Adjustment Service, Inc .failed to communicate that the debt was disputed by the Plaintiff.

32. Diversified Adjustment Service, Inc. furnishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Mr. Tillman and caused severe humiliation, and emotional distress and mental anguish.

## V. FIRST CLAIM FOR RELIEF
(Defendants Aldous & Associates PLLC, Diversified Adjustment Service, Inc., Jefferson Capital Systems, LLC.)
15 U.S.C. §1692e(8)

33. Mr. Tillman re-alleges and reincorporates all previous paragraphs as if fully set out herein.

34. The Debt Collector's violated the FDCPA.

35. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector's violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that alleged debt was in dispute by Mr. Tillman

6

36. As a result of the above violations of the FDCPA, the Defendants are liable to Mr. Tillman for actual damages, statutory damages and cost.

## VI. **JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Mr. Tillman respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. For such other and further relief as the Court may deem just and proper.

*/s/ Tillman*

Respectfully submitted:

Dacori Tillman
3240 New Renaissance Way
Apt 409
Charlotte, NC 28208
tillmandacori@gmail.com

7